# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156475(77)

KIRK SCOTT PEDERSEN,
      Plaintiff-Appellee,

v

      SC: 156475
      COA: 328855
      Wayne CC: 11-012843-NO

MEIJER STORES, INC.,
      Defendant-Appellant,
and

MACTEC, INC., MACTEC ENGINEERING &
CONSULTING, INC., AMEC E&I, INC., AMEC
E&I HOLDINGS, INC., AMEC ENVIRONMENT
& INFRASTRUCTURE, INC., JARDER
OUTDOOR NINGBO COMPANY, LTD.,
NINGBO TEXTILES IMPORT & EXPORT
CORPORATION, NINGBO TEXTILES, HAIJIN
METAL PRODUCTS, LTD., QIAN JUN,
SINOCHEM GROUP, SINOCHEM
CORPORATION, SINOCHEM, SINOCHEM
NINGBO COMPANY, LTD., and SINOCHEM
INTERNATIONAL,
      Defendants.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted for filing if submitted on or before December 7, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2017



Clerk